■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN DAVIS, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on May 24, 1985, unanimously affirmed. Motion by defendant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SANTIAGO, Appellant.—Judgment, Supreme Court, Bronx County (Eugene Nardelli, J.), rendered on June 14, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Milonas, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ILAN GLIA, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on January 16, 1986, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Asch, Milonas and Smith, JJ.